File Hashes for IP Address 73.33.228.144

**ISP:** Comcast Cable
**Physical Location:** Middletown, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/27/2015 22:50:44 | EBF55004FC0CECA1556ACD41BABCACD895C0FAA6 | East Meets West |
| 12/21/2014 20:47:53 | 9CC0A1E9C734901191D4AB52629673482872EB32 | Tease Me Please Me |
| 11/28/2014 02:15:55 | 7B3BD6CB04B4820C3BB3A3716B5B55F02FB89EBF | Cum In Get Wet |
| 11/21/2014 10:50:16 | C935CDB6C7834686D7A73A97E3212CEC062D74A6 | Summertime |
| 10/31/2014 01:15:25 | E09D511799E0D035BC6ED1F500A383F7408B18C7 | Risky Business |
| 10/18/2014 15:30:25 | 3B1D09F3AAF72466AA37EB0930F8F210D6269FFE | Dripping Desires |
| 10/05/2014 21:19:56 | E66F8BFBFB7C9966C4B827997C096B6ECCAAAD6D | Move with Me |
| 09/28/2014 22:41:15 | 78C3190DCCA710786BCC4AB94D2499A285FE4F69 | Nice And Slow |
| 09/24/2014 20:16:17 | 1390FF0BBB9D66CCE99CEC4F2B1D3404F0E730FA | Sparks |
| 09/19/2014 23:36:39 | 94690606D9F905C95C7048C05C47E06BF146C745 | Fun For Three |
| 09/15/2014 19:56:35 | 04DC185E9471692AFD17E038F9A396397C1C50DC | Sexy and Wild |
| 09/13/2014 16:51:04 | 3575AFE77E851F8F55C739E709C0CE8A47E29903 | Lisas Hidden Cam |
| 09/04/2014 01:05:05 | 1F29801D31595CB8ED9A49ED7CC8B5B95E2BACDE | Shes A Spinner |
| 08/31/2014 02:26:04 | BDEBC6312761D8E5223135F25155CE1730D74E5F | Tiffanys Tight Ass |
| 08/23/2014 23:27:20 | 681E3563B9A2C7AEFB2AD0FA1CA24BA10CEC386F | Sexy En Noir |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

CNJ284